IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:11-CR-71-D
No. 4:15-CV-80-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RODNEY LUCAS, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motion for post trial DNA and forensic testing [D.E. 75], motion for downward sentence departure [D.E. 76], and motion for order for relief from judgment [D.E. 77]. The response is due not later than June 9, 2017.

SO ORDERED. This 11 day of May 2017.

JAMES C. DEVER III
Chief United States District Judge